JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>MD DIGITAL RECEIVER TECHNOLOGY, INC., BRANDON ROSS, SAULINA EADY, and DIGITAL RECEIVER TECHNOLOGY, INC.,<br><br>    Defendants. | Case No.: CV 20-04533-CJC(MRWx)<br><br>JUDGMENT |

Plaintiff Michael Saida brings this quiet title action to resolve his property interest in communications equipment currently held by the United States Government as part of ongoing criminal proceedings in the District of Maryland. *See United States v. Unakalu, et al.*, Case No. 8:18-cr-00468-GJH (D. Md. 2018). Defendant Digital Receiver Technology, Inc.'s ("DRT") motion to dismiss for lack of subject matter jurisdiction came for consideration before this Court.

The Court hereby **ORDERS** that:

1. DRT's motion to dismiss is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(1).

3. This Judgment shall not preclude Plaintiff from asserting his interests in the equipment in the *Unakalu* action in the District of Maryland.

DATED:   June 18, 2020

_____

CORMAC J. CARNEY

CHIEF UNITED STATES DISTRICT JUDGE